UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ORTHOSUPPLY LLC and DANIEL ROSS,

                Plaintiffs,

    v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY,
GEICO CASUALTY COMPANY, and JOHN
DOE DEFENDANTS "1" THROUGH "5",

                Defendants.
----------------------------------------------------------------X

JUDGMENT

25-CV-651 (FB) (TAM)

        An Order of the Honorable Frederic Block, United States District Judge, having been filed on June 19, 2025, adopting the Report and Recommendation of Magistrate Taryn A. Merkl, dated May 29, 2025, dismissing this case without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; it is

        ORDERED and ADJUDGED that this case is dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York  
       June 20, 2025

                              Brenna B. Mahoney  
                              Clerk of Court

                    By:    */s/Jalitza Poveda*  
                              Deputy Clerk